UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 09 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

WILLIAM LEE GRANT II, )
)
Plaintiff, )
)
v. ) Civil Action No. 18-3079 (UNA)
)
U.S. DEPARTMENT OF JUSTICE, )
)
Defendant. )

## MEMORANDUM OPINION

"[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). A complaint lacks an arguable basis in fact when "the facts alleged are clearly baseless, a category encompassing allegations that are fanciful, fantastic, and delusional." *Denton v. Hernandez,* 504 U.S. 25, 33 (1992). Based on its review of the instant complaint, titled "Star Boy Complaint," and the allegations set forth therein, the Court deems the instant complaint subject to dismissal as frivolous.

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). An Order consistent with this Memorandum Opinion is issued separately.

DATE: January 8, 2019

United States District Judge